**Order filed, April 18, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00661-CV
_____

**ASHISH AND APARNA KAMAT, Appellant**

**V.**

**ASMITA UNNI PRAKASH, Appellee**
_____

## NO. 14-11-00662-CV
_____

**ASHMITA UNNI PRAKASH, Appellant**

**V.**

**ASHISH AND  APARNA KAMAT, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-28312**

---

## ORDER

The reporter's record in this case was due **August 31, 2011**, 2012. *See* Tex. R. App. P. 35.1. On February 13, 2012, this court ordered the court reporter to file the record within 15 days. On March 26, 2012, this court received notice from Amanda King that no payment arrangements had been made for the record. On April 16, 2012, Amanda King filed a motion for extension of time to file the record. We **GRANT** the motion and issue the following order.

We order **Amanda King**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extensions will be entertained**.

If **Amanda King** does not timely file the record as ordered, we will issue a show cause order directing the court reporter to appear before this court on a date certain to show cause why the reporter should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM